AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

### Western District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v. | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release) |

| | | |
|---|---|---|
| **LEOTIS LEWIS** | Case No. | **1:22CR10002-01** |
| | USM No. | 12858-509 |
| | | Jessica Yarbrough |
| | | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   __Conditions listed below__   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | Mandatory Condition #3 - Controlled Substance Use | 06/09/2022 |
| Two | Special Condition #1 – Fail to comply with SATP | 06/21/2022 |
| Three | Mandatory Condition #3 - Controlled Substance Use | 08/17/2022 |
| Four | Special Condition #1 – Fail to comply with SATP | 08/25/2022 |
| Five | Mandatory Condition #3 - Controlled Substance Use | 09/28/2022 |
| Six | Special Condition #1 – Fail to comply with SATP | 09/08/2022 |
| Seven | Mandatory Condition #3 - Controlled Substance Use | 10/13/2022 |

The defendant is sentenced as provided in pages 2 through  __3__  of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of  Defendant's  Soc. Sec.    __8729__

Defendant's Year of Birth:    __1978__

City and State of Defendant's Residence:
Warren, Arkansas

__August 7, 2023__
Date of Imposition of Judgment

__/s/ Susan O. Hickey__
Signature of Judge

__Honorable Susan O. Hickey, Chief U.S. District Judge__
Name and Title of Judge

__August 9, 2023__
Date

AO 245D (Rev. 11/16)     Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page __2__ of __3__

DEFENDANT:        LEOTIS LEWIS
CASE NUMBER:   1:22CR10002-01

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Eight | Special Condition #1 – Fail to comply with SATP | 10/21/2022 |
| Nine | Special Condition #1 – Fail to comply with SATP | 01/26/2023 |
| Ten | Standard Condition #13 – Fail to follow USPO instructions | 01/13/2023 |
| Eleven | Standard Condition #2 - Fail to report to USPO | |
| | Standard Condition #13 – Fail to follow USPO instructions | 01/31/2023 |
| Twelve | Special Condition #1 – Fail to comply with SATP | 03/08/2023 |
| Thirteen | Standard Condition #13 – Fail to follow USPO instructions | |
| | Standard Condition #6 – Fail to allow USPO to visit | |
| | Standard Condition #3 – Leave district without USPO permission | 02/24/2023 |
| Fourteen | Standard Condition #2 - Fail to report to USPO | |
| | Standard Condition #13 – Fail to follow USPO instructions | 03/03/2023 |
| Fifteen | Mandatory Condition #3 - Controlled Substance Use | 03/10/2023 |

AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page ___3___ of ___3___

DEFENDANT:        LEOTIS LEWIS
CASE NUMBER:    1:22CR10002-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
**Eleven (11) months with credit for time served in federal custody. No term of supervised release to follow imprisonment.**

☐  The court makes the following recommendations to the Bureau of Prisons:

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ ☐ a.m. ☐ p.m.    on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL